

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaime Lea Derderian, on behalf of herself and all others similarly situated | Civil Action No.   14-cv-00412-L-KSC |
| **Plaintiff,** | |
| V. | |
| Southwestern & Pacific Specialty Finance, Inc., dba Check 'N Go | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Southwestern's motion for summary judgment is Granted.

Date:   12/9/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  S. Tweedle

S. Tweedle, Deputy